■ STANLEY H. PORDY, as Administrator of the Estate of HARRY PORDY, Deceased, Appellant, v. SCOT SERVICE CO., INC., et al., Respondents.—█

In this nonjury action for wrongful death, the issue presented is close. Usually the judgment arrived at by the trial court is not to be disturbed but here the record contains statements by the trial court which reveal misapprehension of important phases of the testimony. This being a nonjury case, this court would have the power and, in many cases, the duty, to make findings and render the verdict that the trial court should have pronounced (*Bruno* v. *Kosnac*, 13 A D 2d 650, and cases cited). However, not every case lends itself to this procedure (*Power* v. *Falk*, 15 A D 2d 216) and we find that the interests of justice would best be served by a new trial. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ ISRAEL ROBLES, an Infant, by JUAN ROBLES, His Guardian ad Litem, et al., Respondents, v. EDWARD M. LEVINTAN, Doing Business as LEVINTAN & SON, et al., Appellants.—█

In this personal injury negligence action it is evident that the jury verdict is grossly excessive in its award of damages and that a verdict in excess of the amounts indicated herein is not warranted by the record. Settle order on notice. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ JAMES COLLETTE, Appellant, v. KENNETH DAKIS, Doing Business as TRAVERS ISLAND BOAT YARD, Respondent, et al., Defendant.—█

No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ FANNIE SARETSKY, as Executrix of MAX SARETSKY, Deceased, Respondent, v. TRINITY COOPERATIVE APARTMENT, INC., et al., Appellants.—█

No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ SUSAN L. ROSENSTIEL, Appellant, v. LEWIS S. ROSENSTIEL, Respondent.—█

No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.